UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING, *et al.*, | Case No. 2:23-cv-02363-DAD-JDP (PS) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| ALLSTATE INSURANCE, | |
| Defendant. | |

On March 6, 2024, defendant filed a motion to consolidate and stay cases. ECF No. 12. To date, plaintiffs have not filed a response to the motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiffs the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiffs' failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. The April 18, 2024 hearing on defendant's motion is continued to May 16, 2024, at 10:00 a.m., in Courtroom No. 9.

2. By no later than April 25, 2024, plaintiffs shall file an opposition or statement of non-opposition to defendant's motion. *See* ECF No. 12.

3. Plaintiffs shall show cause, by no later than April 25, 2024, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant may file a reply to plaintiffs' opposition, if any, no later than May 2, 2024.

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated: __April 11, 2024__        _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE