UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING, *et al.*, | Case No. 2:23-cv-02363-DAD-JDP (PS) |
| Plaintiffs, | **ORDER** |
| v. | GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME |
| ALLSTATE INSURANCE, | ECF No. 17 |
| Defendant. | |

Plaintiffs have filed a motion for an extension of time to respond to the court's April 12, 2024 order to show cause, and to file an opposition to defendant's motion to consolidate and to stay. ECF No. 17. In light of plaintiffs' pro se status, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 17, is granted.

2. The May 16, 2024 hearing on defendant's motion is continued to June 27, 2024, at 10:00 a.m., in Courtroom No. 9.

3. Plaintiffs shall file a response to the April 12, 2024 order to show cause, ECF No. 14, and an opposition or statement of non-opposition to defendant's motion, ECF No. 12, by no later than June 13, 2024.

4. Defendant may file a reply to plaintiffs' opposition, if any, by June 20, 2024.

5. Defendant shall serve plaintiffs with a copy of its motion to consolidate and to stay, ECF No. 12, at their updated address of record by no later than May 23, 2024. Defendant shall also file a proof of service with the court by that date.

6. Plaintiffs are warned that the court is not inclined to grant any further extensions.

IT IS SO ORDERED.

Dated:   May 14, 2024                                           
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE